IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS         NO. 4:02CR00058-01 GH

BOBBY LYNN ALLEN

## **ORDER**

Defendant appeared with counsel on June 29, 2006 for a hearing to show cause why his supervised release should not be revoked. Defendant admitted to the violations and the court modifies his conditions of supervised release to include a term of four months at the City of Faith to begin as soon as placement is available. Until that placement, the defendant is placed in the constructive custody of his wife, Deborah Allen.

The revocation hearing is continued to August 11, 2006 at 1:00 p.m.

Defendant is to be released from the custody of the U. S. Marshal immediately.

IT IS SO ORDERED this 5th day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE